IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CV-124-F-1

| | | |
|---|---|---|
| JEFFREY CHARLES, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JERRY BRADLEY; KELLOGG BROWN | ) | |
| & ROOT SERVICES, INC.; KELLOGG | ) | |
| BROWN & ROOT, INC.; and | ) | |
| HALLIBURTON ENERGY SERVICES, | ) | |
| INC., Defendants. | ) | |

The defendants' uncontested Motion for Summary Judgment [DE-32] is ALLOWED. The pending Motion to Compel [DE-26] and Motion to Continue Deadlines [DE-42] are DENIED as moot. The Clerk of Court is DIRECTED to enter judgment for the defendants and to close this case.

SO ORDERED.

This, the 15th day of September, 2009.

JAMES C. FOX
Senior United States District Judge