AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JEFFREY CHARLES,<br>        Plaintiff,<br><br>   v.<br><br>JERRY BRADLEY; KELLOGG BROWN & ROOT SERVICES, INC.; KELLOGG BROWN & ROOT, INC.,; and HALLIBURTON ENERGY SERVICES, INC.,<br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:08-CV-124-F** |

**Decision by Court.**

     IT IS ORDERED AND ADJUDGED that the defendants' uncontested Motion for Summary Judgment is ALLOWED. The pending Motion to Compel and Motion to Continue Deadlines are DENIED as moot. The Clerk of Court is DIRECTED to enter judgment for the defendants and to close this case.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 16, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Benjamin W. Deaver<br>705 Princess Street<br>Wilmington, NC 28401 | Thomas J. Babel<br>127 Racine Drive<br>Wilmington, NC 28403 |

| | |
|---|---|
| September 16, 2009<br>Date | DENNIS P. IAVARONE<br>Clerk of Court<br><br>/s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |